RECEIVED
UNION CORRECTIONAL INSTITUTION
NOV 15 2022
BY:_____
FOR MAILING

Fr: James Murzike
#L07713
Union C.I.
P.O. Box 1000
Raiford, FL. 32083

To: Regional Director
Post Office Box 718
Lake Butler, Florida 32054

3:22-cv-1290-HES-LLL

Date: 11-1-22

Subject: Retaliation & Conspiracy To Violate Inmate First Amendment Rights

Re: Florida State Prison/Union C.I.

Dear Director,

    The Primary Problem Concerns Florida Department Of Corrections & Rehabilitation (F.D.O.C.R) Officials Conspiratorial Practice To Violate Inmates First Amendment Rights. Part Of This Practice Consists Of Manifold Reprisals & Deliberate Disregard For Rules & Regulations Which Govern Their Duty To Receive, Process & Answer Inmate Grievance(s) (DC1-303's) & (DC6-236 Informal Grievances) In Compliance With West's Florida Administrative Code Title 33: Department Of Corrections Chapter 33-103.001, Inmate Grievances General Policy.

    According To The Department Of Corrections Policy (D.O.C.P) 33-103.001, The Purpose Of The Inmate/Parolee Appeals Procedures, Practices, Conditions, Incidents & Actions Which May Adversely Affect An Inmates Welfare, Status & Program, " & To " Provide For Resolution For Grievances At The Lowest Possible Level With Timely Responses To The Inmate.

2022 NOV 18 PM 12:04
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
FILED

However, When We Exercise Use Of The Grievance Procedure, Florida Department Of Correction Officials Join Together To Harass (FAC 33-103.014) & Retaliate (FAC 33-103.014 (1)(A-W) & (2) Against Us With A Combination Of & Of The Following Unethical Acts:

1). Refuse To Answer DC6-236 Informal Grievances & DC1-303's (Violation Of Department Of Correction Policy 33-103.)

2). Refuse To Give Part C - Receipt For DC1-303's.

3). Claim To Never Have Received DC1-303's Or Attachments From Inmate.

4). Claim To Return DC1-303's (Inmate Never Recieves DC1-303).

5). Use The Inmate Appeals Screening From (FDC Form) To Manipulate Improper, Excessive & Repetitive Delays (Violation Of FAC 33-103).

6). Detaching Inmate's Supporting Documents From 303 Forms & Returning 303 Forms To Inmate With Written Statement Refusing To Process 303 Because No Supporting Documents Accompany 303 ("Moral Turpitude" DOC Chapter 33).

7). Dishonesty (DOC 33-103.014 (1) & (2) In "Screening Out" 303) (This Unethical Method Is Used In The "Rejection Criteria" To Obstruct The 303 From Ever Being Processed).

8). Reporting Deliberate False Information (DOC 33-103.014) In The Course Of Responding To 303 Forms.

9). Punitive & Harassive Cell Searches (FAC 602.018 (2)(H) To Dissuade Submittal Of 303 Forms & Or Instigate (FAC 33-103.) Other Inmates Against The Grievance To Influence Or Coerce The Withdrawl Of 303 Forms.

10). Intra-Facility, Intra-Housing Unit, Inter-Cell Transfers, Reclassification, Subsequent Unassignment, & Disregard For Reassignment, Etc.

Such Acts Of Moral Turpitude Are Some Of The Dirty Tricks Used In Their Collusive Practice Of Reprisals. They Are Concerted Acts Which Violate The Conspiracy Laws Of Title 42 U.S.C 1985(3) & 1986. They Are Underhanded Attempts To Assail Our Efforts To Be Heard - To Frustrate Our Use Of The Grievance Procedure & Render The "Vehicle For Review" Ineffective. Thus, We Become Disturbed With A Mental Anguish That Compels Us To Grab & Adopt Other Means & Channels Through Which To Seek & Obtain Resolution.

The United States Supreme Court Requires Inmates To Exhaust Administrative Review Before Entering The Arena Of Judicial Review. However, This Process Becomes Unfairly Difficult When Florida Department Of Corrections Officials Tamper With The Appeal Process.

Florida Department Of Corrections Officials Should Understand & Respect The Reality (LAW) That Grievances Filed Through An Official Grievance Procedure Are Constitutionally Protected & Deliberate Interference With It's Procedure May Result In Civil Or Prosecutorial Penalty.

## CONCLUSION

The Problem Permeates The Prison Population & Adversely Affects Numerous Inmates. Some Inmates Decline To Use The Grievance Procedure Due To Fear Of Reprisals. Others Have Witnessed Uncorrected Problems That Fellow Inmate Continue To Experience & Feel The Use Of The DC1-303 Lacks Corrective Action. Nevertheless, I, James T. Muzike #L07713, Persist In Spite Of The On Slaught Of Reprisals. I Suffer From Many Of The Aforementioned Unethical Acts. I Also Have Unanswered DC1-303's In Desperate Need Of Location & Resolution.

Therefore, I Request A Thorough & Appropriate Investigation To Ascertain Necessary Fact To Correct This Unlawful Problem.

Respectfully Submitted,

James T. Muzike
#L07713

3 of 4

# CERTIFICATE OF SERVICE

I Here By Certify That A True & Correct Copy Of The Foregoing "Retaliation & Conspiracy To Violate Inmates (1st) Amendment Rights Complaint." Has Been Provided To: Director Of Institutions Region P.O. Box 718 Lake Butler, Florida 32054. Secretary F.D.O.C, 501 South Calhoun Street, Tallahassee, Florida 32399. Office Of Inspector General, 501 South Calhoun Street, Tallahassee, Florida 32399. The Office Of The Governor, PL-05 The Capitol, Tallahassee, Florida 32399-0001. U.S. Department Of Justice Civil Right Division 10th Street, Pennsylvani Ave N.W. Washington, DC 20503. Bryan Simpson U.S. Courthouse 300 N. Hogan Street suite 9-150 Jacksonville, FL. 32201

Respectfully Submitted
James T. Muzike
#L07713

11-15-22
DATE

James T. Muzike #L07713
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

(4) of (4)